**Abated and Memorandum Opinion filed December 3, 2013.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-13-00103-CR

---

### FRANCISCO CASTILLO, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 178th District Court
Harris County, Texas
Trial Court Cause No. 1369878**

---

## M E M O R A N D U M    O P I N I O N

On November 20, 2013, this court was formally notified of appellant's death and furnished a copy of appellant's death certificate. The death of an appellant during the pendency of an appeal deprives this court of jurisdiction. *See Ryan v. State*, 891 S.W.2d 275 (Tex. Crim. App. 1994). When an appellant dies after an appeal is perfected but before this court issues its mandate, the appeal is to be permanently abated. *See* Tex. R. App. P. 7.1(a)(2); *see also Vargas v. State,* 659

S.W.2d 422, 422–23 (Tex. Crim. App. 1983).

Accordingly, we order the appeal permanently abated.

PER CURIAM

Panel consists of Justices McCally, Busby, and Donovan.

Do Not Publish — Tex. R. App. P. 47.2(b).